1  DENNIS M. BROWN, Bar No. 126575
   E-Mail: dbrown@littler.com
2  ERICA L. HERMATZ, Bar No. 221702
   E-Mail: ehermatz@littler.com
3  LITTLER MENDELSON
   A Professional Corporation
4  50 West San Fernando Street, 14th Floor
   San Jose, CA 95113.2431
5  Telephone:   408.998.4150
   Facsimile:   408.288.5686
6

FILED

FEB 27 2006

RICHARD W. WICKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7  Attorneys for Defendants
   SEARS, ROEBUCK AND CO.,
8  GARY WILLIS & SHARON GIAMPAPA

9                       UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN FRANCISCO DIVISION
12

| | |
|---|---|
| WILLIAM FRANCIS DOUGHERTY, | Case No. C06-00428 MJJ  [E-filing] |
| Plaintiff, | STIPULATION TO REMAND ACTION TO STATE COURT AND [PROPOSED] ORDER TO REMAND ACTION TO STATE COURT |
| v. | |
| SEARS ROEBUCK AND CO., et al., | |
| Defendants. | |

The parties, by and through their respective counsel, hereby stipulate and agree as follows:

   1.   The above-captioned matter shall be remanded to the Superior Court of the State of California, Contra Costa County, consistent with the terms set forth herein.

   2.   Within ten (10) days of notice of acceptance by the Superior Court of Contra Costa County of the remand [remittitur] from the United States District Court, Plaintiff agrees to file a Second Amended Complaint with the Superior Court eliminating any reference to federal statutes.

   3.   The Plaintiff further agrees that he will not pursue his rights, if any, under any federal laws referenced in the initial Complaint, and instead, intends to pursue only those rights/remedies afforded him under the California Fair Employment and Housing Act and/or other applicable state-related or common law causes of action or laws.

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA 95113 2303
408.998.4150

Firmwide:80798063.1 016144.1156          1.          Case No. C06-00428 MJJ[E-filing]

STIPULATION TO REMAND ACTION TO STATE COURT; [PROPOSED] ORDER

1    4.    The parties and counsel shall cooperate in the execution of all paperwork
2  necessary to effectuate the remand to Contra Costa County.

3    5.    The parties and their respective counsel agree that this stipulation is entered
4  into without admission by either side as to the merits of their respective positions, claims or defenses
5  in the underlying matter, and that each side shall be fully responsible for their own costs and/or
6  attorneys fees incurred in connection with the removal of this matter to the United States District
7  Court, and/or the remand back to the Contra Costa County Superior Court.

8    SO STIPULATED:

10  DATED: February 20, 2006

11  By: _____
     NANCY J. BALLES
12   A Professional Corporation
     Attorney for Plaintiff

14  DATED: February 24, 2006

16  By: _____
     DENNIS M. BROWN
17   LITTLER MENDELSON
     A Professional Corporation
18   Attorneys for Defendants

20                                **ORDER**

21  Good cause appearing, IT IS ORDERED that the above-captioned matter is hereby remanded
22  to the Superior Court of the State of California for Contra Costa County, Case No. C05-02335,
23  consistent with the terms set forth in the above stipulation.

25  DATED: February 27, 2006    _____
                                  HONORABLE MARTIN J. JENKINS

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
60 West San Fernando Street
14th Floor
San Jose, CA 95113 2303
408 998 4150

Firmwide:80798063.1 016144.1156    2.    Case No. C06-00428 MJJ[E-filing]
STIPULATION TO REMAND ACTION TO STATE COURT; [PROPOSED] ORDER